United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>MCKECHNIE VEHICLE COMPONENTS USA, INC., et al., <br><br>　　　　　Defendants. | Case No. 21-cv-01962-BLF <br><br> **ORDER DIRECTING DEFENDANTS TO RESPOND, SETTING HEARING DATE, DIRECTING PLAINTIFF TO SERVE DEFENDANTS WITH NOTICE OF ORDER AND FILE PROOF OF SERVICE** |

On March 20, 2021, Plaintiff filed an application for a temporary restraining order "compelling [Defendant] MVC to turn over the approximately 50 specific items of tooling equipment at issue . . . as well as the supporting documentation necessary to operate that equipment." ECF 3-3 at 4. Defendants SHALL file a response no longer than fifteen pages by March 24, 2021 at 12:00pm. A hearing is hereby SET for March 25, 2021 at 9:00am via Zoom.

The Court DIRECTS Plaintiff to serve Defendants with notice of this Order via email no later than March 22, 2021 at 5:00pm. Plaintiff SHALL file proof of service with the Court.

**IT IS SO ORDERED.**

Dated: March 22, 2021

_____
BETH LABSON FREEMAN
United States District Judge