UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **TESLA, INC.**, <br><br>        Plaintiff, <br><br>  v. <br><br>**MCKECHNIE VEHICLE COMPONENTS USA, INC.**; and **MVCUSA HOLDINGS, LLC**, <br><br>        Defendant. | Case Number: 5:21-cv-01962 <br><br>**SUPPLEMENT TO TESLA'S ADMINISTRATIVE MOTION TO SEAL, DKT. 3, PER COURT ORDER, DKT. 11.** <br><br>Judge Beth Labson Freeman |

      Attached as a supplement to Plaintiff Tesla's Administrative Motion to Seal Portions of Its *Ex Parte* Motion for a Temporary Restraining Order and Preliminary Injunction and Certain Documents in Support Thereof, Dkt. 3, is the table required by the Court's Standing Order for Civil Cases § 5, per the Court's March 22 Order, Dkt. 11. Also pursuant to the Court's Standing Order, Tesla is providing to the Court physical courtesy copies of the motion for a temporary restraining order and supporting papers with highlighting reflecting the proposed redactions of confidential information.

March 23, 2021

Signed: *Joseph Alm*

        Joseph Alm (SBN: 294362)
        jalm@tesla.com
        Candace Jackman (SBN: 267599)
        cjackman@tesla.com
        **TESLA, INC.**
        901 Page Ave.
        Fremont, CA 94538
        Telephone: (650) 681-5000

*Counsel for Plaintiff*

**Section 5 Table per Standing Order**

| ECF or Exh. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 3-3 | Memorandum of Points and Authorites In Support of Tesla's Ex Parte Motion for a Temporary Restraining Order | 5:24 | Contains confidential information showing the amount and due date of Tesla's loan to MVC. This information would permit competitors and suppliers to unfairly compete or bargain against Tesla more effectively. Alm Decl. ¶ 5. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.* ¶ 3. |
| 3-3 | Memorandum of Points and Authorites In Support of Tesla's Ex Parte Motion for a Temporary Restraining Order | 4:11; 13:6-7, 13-15 | Contains confidential information showing (1) the timing required to create, set up, and validate new tooling; and (2) the timing and cost to construct new tooling. This information concerning MVC's failure to supply to Tesla and the scope and timing of such effects from that failure would inform Tesla's competitors about Tesla's production and service schedules and would enable competitors and suppliers to take advantage of Tesla using this information. Alm Decl. ¶ 7. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.* ¶ 3. |
| 3-3 | Memorandum of Points and Authorites In Support of Tesla's Ex Parte Motion for a Temporary Restraining Order | 2:9; 4:7, 11; 5:8-12; 7:15, 17-18; 11:2-3; 12:20-24, 28; 13:6-7, 13-15; 14:21 | Contains confidential information concerning (1) the timing and scope of any potential repair shortage, including the specific date at which Tesla will be unable to service certain vehicles, (2) the number of vehicles likely to be affected if relief is not granted, and (3) the functional consequences of lacking certain parts. If made public, this information would harm by informing Tesla's competitors about Tesla's trade secret production and service schedules. It would also enable competitors and suppliers to take advantage of Tesla using this information. Alm Decl. ¶¶ 6-7. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.* ¶ 3. |
| 3-5 | Guh-Siesel Declaration | 2:2, 4 | Contains confidential information showing the amount and due date of Tesla's loan to MVC. This information would permit competitors and suppliers to unfairly compete or bargain against Tesla more effectively. Alm Decl. ¶ 5. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.* ¶ 3. |
| 3-5 | Guh-Siesel Declaration, Exhibit A | Entire Exhibit | Contains Tesla's confidential General Terms and Conditions for Prototype and Production Parts or Services ("GTC") between Tesla and MVC. If made public, this information would alert current and future Tesla suppliers to the confidential terms of one of Tesla's supply agreements, impairing Tesla's negotiating position with said suppliers. Alm Decl. ¶ 5. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.* ¶ 3. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 3-5 | Guh-Siesel Declaration, Exhibit B | Entire Exhibit | Contains confidential settlement discussions relating to the General Terms and Conditions for Prototype and Production Parts or Services ("GTC") between Tesla and MVC. If made public, this information would alert current and future Tesla suppliers to the confidential terms of one of Tesla's supply agreements, impairing Tesla's negotiating position with said suppliers. Alm Decl. ¶ 5. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.* ¶ 3. |
| 3-7 | Gangaraju Declaration | 2:15, 17, 20, 22-25 | Concerns confidential information about tooling cost and timing to replace tooling. If made public, this information would also enable competitors and suppliers to take advantage of Tesla using this information. Alm Decl. ¶¶ 6-7. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.* ¶ 3. |
| 3-7 | Gangaraju Declaration Exhibit A | Entire Exhibit | Concerns confidential information laying out a complete list of Tesla's tooling with MVC. If made public, the tooling information would help permit Tesla's competitors to know the specific tooling used to assemble parts for Tesla's cutting-edge vehicles and the costs and functional purposes thereof, enabling them to seek to reverse engineer Tesla's proprietary trade secrets. Alm Decl. ¶ 6. This information would also enable competitors and suppliers to take advantage of Tesla using this information. *Id.* ¶ 7. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.* ¶ 3. |
| 3-7 | Gangaraju Declaration Exhibit B | Entire Exhibit | Concerns confidential information showing a complete list of purchase orders for Tesla tooling by MVC. If made public, this information would permit Tesla's competitors to know the trade secret costs of the tooling. Alm Decl. ¶ 6. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.* ¶ 3. |
| 3-7 | Gangaraju Declaration Exhibit C | Entire Exhibit | Concerns confidential information showing a payments by Tesla for tooling by MVC. If made public, this information would permit Tesla's competitors to know the trade secret costs of the tooling. Alm Decl. ¶ 6. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.* ¶ 3. |
| 3-7 | Gangaraju Declaration Exhibit D | Entire Exhibit | Concerns confidential information showing a complete list of parts MVC supplied to Tesla. If made public, this information about Tesla's component inventory and the scope of MVC's failure to supply Tesla would inform Tesla's competitors about Tesla's production and service schedules, which also constitute trade secrets. It would also enable competitors and suppliers to take advantage of Tesla using this information. Alm Decl. ¶ 7. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.* ¶ 3. |

| ECF or Exh. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 3-7 | Gangaraju Declaration Exhibit E | Entire Exhibit | Concerns confidential information showing a complete list of uncontested chargebacks from Tesla to MVC.  If made public, information about Tesla's component inventory … and the scope and timing of effects of MVC's failure to supply, would also inform Tesla's competitors about Tesla's production and service schedules, which also constitute proprietary trade secrets. It would also enable competitors and suppliers to take advantage of Tesla using this information. Alm Decl. ¶ 7.  This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage.  *Id.* ¶ 3. |
| 3-7 | Gangaraju Declaration Exhibit F | Entire Exhibit | Concerns confidential communication between Tesla and MVC about the parties' supply relationship.  These confidential communications about Tesla's tools, parts, inventory, and costs, Alm Decl. ¶ 12, are kept strictly confidential, *id.* ¶ 8, and is commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.*  ¶ 3; *see also id.*  ¶¶ 6-7. |
| 3-7 | Gangaraju Declaration Exhibit G | Entire Exhibit | Concerns confidential communication between Tesla and MVC about the parties' supply relationship.  These confidential communications about Tesla's tools, parts, inventory, and costs, Alm Decl. ¶ 12, are kept strictly confidential, *id.*  ¶ 8, and is commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.*  ¶ 3; *see also id.*  ¶¶ 6-7. |
| 3-7 | Gangaraju Declaration Exhibit H | Entire Exhibit | Concerns confidential communication between Tesla and MVC about the parties' supply relationship.  These confidential communications about Tesla's tools, parts, inventory, and costs, Alm Decl. ¶ 12, are kept strictly confidential, *id.*  ¶ 8, and is commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage. *Id.*  ¶ 3; *see also id.*  ¶¶ 6-7. |
| 3-7 | Gangaraju Declaration Exhibit I | Entire Exhibit | This is an examplar Purchase Order from MVC.  If made public, the tooling information would help permit Tesla's competitors to know the costs of Tesla tooling, a trade secret. Alm Decl. ¶ 6. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage.  *Id.*  ¶ 3. |
| 3-7 | Gangaraju Declaration Exhibit J | Entire Exhibit | This is an exemplar letter from MVC providing a tooling quote.  If made public, the tooling information would help permit Tesla's competitors to know the costs of Tesla's tooling which is a trade secret. Alm Decl. ¶ 6.  This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage.  *Id.*  ¶ 3. |
| 3-11 | McCabe Declaration | 1:23-25, 27-28; 2:1-2 | Concerns confidential information about Tesla's component inventory and impending draw-down.  If made public, this information would inform Tesla's competitors about Tesla's production and service schedules, which are trade secrets, and would also enable competitors and suppliers to take advantage of Tesla using this information. Alm Decl. ¶ 7. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage.  *Id.*  ¶ 3. |

3

| ECF or Exh. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 3-11 | McCabe Declaration Exhibit 1 | Entire Exhibit | Concerns confidential information about Tesla's component inventory and impending draw-down.  If made public, this information would inform Tesla's competitors about Tesla's production and service schedules, which are trade secrets, and would also enable competitors and suppliers to take advantage of Tesla using this information. Alm Decl. ¶ 7. This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage.  *Id.*  ¶ 3. |
| 3-13 | Gschwind Declaration | 1:25-2:7; 2:9-12 | Concerns confidential information about the functional design of certain parts.  This information is confidential and would allow competitors to take advantage of Tesla using this information.  Alm Decl. ¶ 7.  Knowing the functional purposes of the parts would enable competitors to seek to reverse engineer Tesla's proprietary trade secrets.  *Id.*  ¶ 6.  This information is strictly confidential, commercially sensitive information that would severely harm Tesla if made public by putting Tesla at a commercial disadvantage.  *Id.*  ¶ 3. |