UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCKECHNIE VEHICLE COMPONENTS USA, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01962-BLF<br><br>**ORDER STRIKING BRIEF AND DIRECTING PARTIES TO COMPLY WITH LOCAL RULES AND STANDING ORDER** |

　　The Court STRIKES Defendants' brief on Plaintiff's motion to seal at ECF 18. Defendants may re-file a brief in compliance with the Court's Standing Order **no later than April 1, 2021**. Both parties are DIRECTED to comply with the Local Rules and this Court's Standing Order on Civil Cases.

　　**IT IS SO ORDERED.**

Dated: March 25, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge