Georges A. Haddad, Esq., SBN 241785
**CLARK HILL LLP**
505 Montgomery Street, 13th Floor
San Francisco, California 94111
Telephone:    (415) 984-8500
Facsimile:     (415) 984-8599
ghaddad@clarkhill.com

Jennifer Green, Esq. (admitted pro hac vice)
**CLARK HILL PLC**
151 S. Old Woodward, Suite 200
Birmingham, MI  48009
Telephone:    (248) 642-9692
Facsimile:     (248) 642-2174
jgreen@clarkhill.com

Attorneys for Defendants
McKechnie Vehicle Components USA, Inc. and
MVC USA Holdings, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., <br><br> Plaintiff, <br><br> v. <br><br> McKECHNIE VEHICLE COMPONENTS USA, INC. and MVC USA HOLDINGS, LLC <br><br><br> Defendants. | Case No.: 5:21-cv-01962-BLF <br><br> **JOINT STIPULATION TO EXTEND ANSWER DEADLINE** |

/ / /

Plaintiff TESLA, INC. ("Tesla") and Defendants McKECHNIE VEHICLE COMPONENTS USA, INC. and MVC USA HOLDINGS, LLC (collectively "MVC") herby agree and stipulate to an extension of time for MVC to respond to Tesla's Complaint from April 12, 2021 to April 26, 2021 .

WHEREAS Tesla filed their Complaint on March 19, 2021;

WHEREAS MVC's responsive pleading is currently due on April 12, 2021;

WHEREAS the Parties are continuing discussions to resolve this matter;

Due to the ongoing discussions the Parties stipulate to a brief extension pursuant to local rule 6-1, from April 12, 2021 to April 26, 2021.

This extension will have no impact on any schedule set by the Court.

IT IS SO STIPULATED:

Dated:  April ___, 2021                                        TESLA, INC.


By _____
   Joseph Alm
   Candace Jackman
   Attorneys for Plaintiff

Dated:  April 9, 2021                                           CLARK HILL LLP


By    /s/ Georges A. Haddad
      Georges A. Haddad
      Jennifer Green
      Attorneys for Defendants
      McKechnie Vehicle Components
      USA, Inc. and
      MVC USA Holdings, LLC