1  Georges A. Haddad, Esq., SBN 241785
   **CLARK HILL LLP**
2  505 Montgomery Street, 13th Floor
   San Francisco, California 94111
3  Telephone:	(415) 984-8500
   Facsimile:	(415) 984-8599
4  ghaddad@clarkhill.com

5  Jennifer Green, Esq. (admitted pro hac vice)
   **CLARK HILL PLC**
6  151 S. Old Woodward, Suite 200
   Birmingham, MI  48009
7  Telephone:	(248) 642-9692
   Facsimile:	(248) 642-2174
8  jgreen@clarkhill.com

9  Attorneys for Defendants
   McKechnie Vehicle Components USA, Inc. and
10 MVC USA Holdings, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC., | Case No.: 5:21-cv-01962-BLF |
| Plaintiff, | **JOINT STIPULATION TO EXTEND ANSWER DEADLINE** |
| v. | |
| McKECHNIE VEHICLE COMPONENTS USA, INC. and MVC USA HOLDINGS, LLC | |
| Defendants. | |

/ / /

---

1
JOINT STIPULATION TO EXTEND ANSWER DEADLINE
**Error! Unknown document property name.**

Plaintiff TESLA, INC. ("Tesla") and Defendants McKECHNIE VEHICLE COMPONENTS USA, INC. and MVC USA HOLDINGS, LLC (collectively "MVC") herby agree and stipulate to an extension of time for MVC to respond to Tesla's Complaint from April 26, 2021 to May 10, 2021

WHEREAS Tesla filed their Complaint on March 19, 2021;

WHEREAS the Parties previously stipulated to a brief extension for MVC's responsive pleading pursuant to local rule 6-1, from April 12, 2021 to April 26, 2021;

WHEREAS the Parties are continuing discussions to resolve this matter;

Due to the ongoing discussions the Parties stipulate to a brief extension pursuant to local rule 6-1, from April 26, 2021 to May 10, 2021.

This extension will have no impact on any schedule set by the Court.

IT IS SO STIPULATED:

Dated: April 26, 2021                                                 TESLA, INC.


By     /s/ Joseph Alm
       Joseph Alm
       Candace Jackman
       Attorneys for Plaintiff

Dated: April 26, 2021                                                 CLARK HILL LLP


By     /s/ Georges A. Haddad
       Georges A. Haddad
       Jennifer Green
       Attorneys for Defendants
       McKechnie Vehicle Components
       USA, Inc. and
       MVC USA Holdings, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Dated: April 26, 2021                              /s/ Georges A. Haddad
                                                   Georges A. Haddad