# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>MCKECHNIE VEHICLE COMPONENTS USA, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-01962-BLF<br><br>**ORDER REQUESTING TESLA TO FILE HIGHLIGHTED UNREDACTED DOCUMENTS** |

On April 8, 2021, Plaintiff Tesla, Inc. ("Tesla") resubmitted its administrative motion to file under seal. ECF 28. Under Civ. L.R. 79-5(d), a party seeking sealing must attach an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d). While Tesla filed hard chambers copies in compliance with this rule, it appears as if the electronic versions filed on the docket are devoid of such markings or references. The Court would appreciate if Tesla could file unredacted versions of the documents with highlights on the electronic docket **no later than May 5, 2021**.

      **IT IS SO ORDERED.**

Dated: April 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge